UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MALIBU MEDIA,

                      Plaintiff,

    -against-

MICHAEL YUAN,

                      Defendant.
------------------------------------- x

ORDER

19 Civ. 4909 (GBD) (KNF)

GEORGE B. DANIELS, District Judge:

    The June 18, 2020 initial conference is adjourned to October 8, 2020 at 9:30 a.m.

Dated: June 8, 2020
       New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE